In the Matter of ALTER GLICKSBERG, Respondent.
JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellant.

(Submitted April 25, 1932; decided May 10, 1932.)

*Arthur Ofner, Warren C. Fielding, Julius L. Neidle* and *Carl J. Austrian* for appellant.

*Aaron J. Funk* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Matter of Littman* (258 N. Y. 468); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.